IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTHONY ENGLISH, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-594 (AJT/IDD) |

**ORDER**

This matter is before the Court on Plaintiff Liberty Insurance Corporation's ("Liberty") Motion for Default Judgment Against Defendant Valerie Hall [Doc. No. 39] pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On August 26, 2022, Magistrate Judge Ivan D. Davis (the "Magistrate Judge") issued a Report and Recommendation ("R&R") [Doc. No. 47] recommending that a default judgment be entered in favor of Plaintiff Liberty and against Defendant Valerie Hall ("Hall") declaring that Plaintiff Liberty, under an insurance policy maintained by Defendant Anthony English ("English") with Plaintiff Liberty, has no obligation to defend or indemnify Defendant English with respect to claims that Defendant Hall has filed against Defendant English in Alexandria Circuit Court. No objections to the R&R have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff Liberty's Motion for Default Judgment Against Defendant Valerie Hall [Doc. No. 39] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant Hall; and it is further

ORDERED that Plaintiff Liberty has no obligation to defend or indemnify Defendant English under LibertyGuard® Deluxe Homeowners Policy No. H37-238-551949-40 (Policy Period: August 8, 2018 to August 8, 2019) with respect to claims that Defendant Hall asserts against Defendant English in *Valerie Hall v. Anthony English*, Case No. CL21001027 (Va. Cir. Ct.).

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Defendant English's court-appointed guardian *ad litem*.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 14, 2022